Exhibit A to the Complaint

**Location:** Plainsboro, NJ  
**Total Works Infringed:** 29

**IP Address:** 173.71.126.109  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | F4BCE82586CBEBE73788109D17781CCBD6BD93E2 | 10/21/2025 15:04:59 | Blacked | 10/15/2025 | 11/10/2025 | PA0002553343 |
| 2 | 711ABC70697A5A841D3F9B276B4B2FB6D73771F1 | 10/21/2025 14:51:41 | Blacked | 09/30/2025 | 11/10/2025 | PA0002553350 |
| 3 | 34C320DB8FFF858887A7F013EA63DFBDA9D778B4 | 10/21/2025 14:37:46 | Blacked | 09/20/2025 | 09/24/2025 | PA0002552391 |
| 4 | 5C55D75C4FF2F5FD6A9B1D84D7DBC798CF0A400B | 10/21/2025 14:34:48 | Blacked | 08/21/2025 | 09/16/2025 | PA0002550978 |
| 5 | 06A2CDC8D767CF0E6B509A37E1B14B2679D947C6 | 10/21/2025 14:29:01 | Blacked | 09/05/2025 | 09/16/2025 | PA0002550995 |
| 6 | 414E441C84664F2C9B80D6522268560511FA9996 | 10/21/2025 14:24:33 | Blacked | 08/11/2025 | 08/19/2025 | PA0002545681 |
| 7 | 1FE3FBAB5DE1EB34B5AD5A6026B0051E7E4CDC9E | 10/21/2025 14:24:17 | Blacked | 08/26/2025 | 09/16/2025 | PA0002550979 |
| 8 | 3428868C99F1B3F1DAC665C3C69792A12F0AF66E | 10/21/2025 14:24:13 | Blacked | 09/10/2025 | 09/16/2025 | PA0002551024 |
| 9 | B485E723DA1A8DD7F1D7B2B607A3A677B2BF77D8 | 10/21/2025 14:22:05 | Blacked | 09/15/2025 | 09/24/2025 | PA0002552385 |
| 10 | 9D9D5B3F6D32B242632DC81852D5BC619342D37E | 10/21/2025 14:20:44 | Blacked | 08/16/2025 | 08/19/2025 | PA0002545676 |
| 11 | FC260791B9A5A0A2FCBFEF63C271A47DC5F92675 | 10/21/2025 14:20:10 | Blacked | 10/20/2025 | 11/10/2025 | PA0002553331 |
| 12 | D9B281EC88FE0A71440E0B48B0AE556A620EC7FA | 08/11/2025 16:31:35 | Blacked | 08/01/2025 | 08/08/2025 | PA0002544270 |
| 13 | 359931143A531A7347356CBE804DC08AC7FAFBAE | 07/08/2025 14:30:56 | Blacked | 06/07/2025 | 06/09/2025 | PA0002534205 |
| 14 | BA103D288DCA892EE51AE64C06C3131B713C1C3D | 07/08/2025 14:22:22 | Blacked | 06/17/2025 | 06/20/2025 | PA0002536513 |
| 15 | 9870C7C48235FF5FF67D99567F4582AD4C87BCB9 | 07/08/2025 14:20:13 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 16 | 4F87F6679BF70F4DD8134C5D58C2D2118AB45C17 | 07/08/2025 14:16:31 | Blacked | 04/03/2025 | 04/22/2025 | PA0002526946 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | 07/08/2025 14:14:44 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 18 | 320DCB52920137D7C73AB0CF629EC36DD55AD871 | 07/08/2025 14:12:07 | Blacked | 05/08/2025 | 05/20/2025 | PA0002531796 |
| 19 | 7E1AEBD921556C6CC5D1822D0231B151646A5291 | 07/08/2025 14:09:35 | Blacked | 05/03/2025 | 05/23/2025 | PA0002532331 |
| 20 | 6A8C534901AEEEA09B5620970E69697988368B2B | 07/08/2025 14:08:32 | Blacked | 03/29/2025 | 04/22/2025 | PA0002527042 |
| 21 | 6CA595682883DD538B6927A0551C84795B80DA0B | 07/08/2025 13:56:53 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 22 | 0665D2791B5EE9303D8CC4FC502A007DC2FCB1E2 | 07/08/2025 13:56:50 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 23 | AFD43F74DF39C284CEFA62017A3CDFC2288993F6 | 07/08/2025 13:52:12 | Blacked | 03/14/2025 | 03/25/2025 | PA0002521742 |
| 24 | FDC91F08BC3401DEBA1123F718B190F05BA236D0 | 07/08/2025 13:45:08 | Blacked | 05/18/2025 | 05/20/2025 | PA0002531774 |
| 25 | DDB0BF17C197427DD020F7C5BA375F9AC56966E6 | 07/08/2025 13:11:43 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 26 | 169E297BEBF7035EBA52009D846CAA1921470236 | 07/08/2025 13:05:08 | Blacked | 06/27/2025 | 07/08/2025 | PA0002539161 |
| 27 | 08B978D966A64404C5B9185001619BCFE4B75BA7 | 07/08/2025 13:04:42 | Blacked | 04/23/2025 | 05/20/2025 | PA0002531776 |
| 28 | 3AC0CDD0BED5CECA80D61BAB841530781B0475E7 | 07/08/2025 13:03:47 | Blacked | 05/13/2025 | 05/20/2025 | PA0002531793 |
| 29 | AA6A39529253F0E836410CA3EB285A9C92F46D6E | 07/08/2025 12:49:53 | Blacked | 06/22/2025 | 07/08/2025 | PA0002539155 |